# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| MCDAVID OYEKWE | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-1085-S-BN |
| | § | |
| RESEARCH NOW GROUP, INC. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 83. Plaintiff filed several documents, which the Court construes as objections. *See* ECF Nos. 86-88, 90, 95. The Court has made a *de novo* review of the proposed findings and recommendation in light of Plaintiff's objections. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED April 20, 2021.

_____
**UNITED STATES DISTRICT JUDGE**